U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee

# memorandum

DATE: January 13, 2014

REPLY TO ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Edward Eugene Hunter
Docket No.: 3:00-00119-01

TO: The Honorable Aleta A. Trauger, U.S. District Judge

On January 10, 2006, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|---|---|---|
| 250 | 1 | Drug Test Subterfuge Paraphernalia |

Thank you for your time and consideration in this matter.

Approved: _[signature]_
The Honorable Aleta A. Trauger
U.S. District Judge